**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>        Plaintiff,<br><br>vs.<br><br>THE MOMENTUM GROUP, INC. d/b/a Gwinnett Mitsubishi,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-3616-CAP |

## **DEFAULT JUDGMENT**

The defendant(s) THE MOMENTUM GROUP, INC., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Charles A. Pannell, United States District Judge, by order of January 18, 2018, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff BANK OF AMERICA, N.A., recover from the defendant(s) THE MOMENTUM GROUP, INC. d/b/a Gwinnett Mitsubishi, the amount of $60,613.00.

Dated at Atlanta, Georgia this 18th day of January, 2018.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                              By:    s/Traci Clements Campbell
                                              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   January 18, 2018
James N. Hatten
Clerk of Court


By: s/Traci Clements Campbell
      Deputy Clerk